AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00035 |
| WILLIAM PATRICK SARSFIELD III | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 2/13/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WILLIAM PATRICK SARSFIELD III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 02/13/2023                                                 *M.A. Upa[...]*
                                                                 *Issuing officer's signature*

City and state:   Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/13/2023, and the person was arrested on *(date)* 2/14/2023
at *(city and state)* Gun Barrel City, TX.

Date: 2/14/2023                                                  *[signature]*
                                                                 *Arresting officer's signature*

                                                                 Grant Mason, Special Agent
                                                                 *Printed name and title*