UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                      2023 mj 35

WILLIAM SARSFIELD III

### NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.

Respectfully submitted,

/s/

Heather Shaner #273276
Appointed by the Court
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210

hhsesq@aol.com