IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 23-mj-35 |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PATRICK SARSFIELD III, | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the preliminary hearing set for Tuesday, April 25, 2023, in the above-captioned matter, for at least 14 days, until May 9, 2023. Defense counsel consents to this motion. We request the additional time because undersigned counsel has trial obligations in another matter in this court during the scheduled preliminary hearing.

The parties request that the Court exclude the time until the preliminary hearing is scheduled, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

          Respectfully submitted,

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar No. 481052

Date: April 23, 2023          By:   */s/ Ashley Akers*
                                          Ashley Akers
                                          Trial Attorney
                                          MO Bar No. 69601
                                          Detailed to the U.S. Attorney's Office
                                          601 D Street NW
                                          Washington, DC 20001

(202) 353-0521
AshleyAkers@usdoj.gov

CERTIFICATE OF SERVICE

On this 23rd day of April 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By: ___/s/ Ashley Akers_____
    Ashley Akers
    Trial Attorney
    MO Bar No. 69601
    Detailed to the U.S. Attorney's Office
    601 D Street NW
    Washington, DC 20001
    (202) 353-0521
    Ashley.Akers@usdoj.gov