IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-mj-35 |
| v. : | |
| : | |
| WILLIAM PATRICK SARSFIELD III, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Consent Motion to Continue Preliminary Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ORDERED that the currently scheduled preliminary hearing on Tuesday, April 25, 2023, be continued for good cause to May 9, 2023; and it is further

**ORDERED t**hat the time between April 25, 2023 and May 9, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide counsel sufficient time to prepare for a preliminary hearing.

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE