# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-138 (RBW) |
| | ) | |
| RICHARD COOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment and status hearing held on May 3, 2023, via videoconference, it is hereby

**ORDERED** that, on August 23, 2023, at 2:00 p.m., the parties shall appear before the Court for a status hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of defendant Richard Cook, the time from May 3, 2023, until August 23, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to receive and review discovery from the government. It is further

**ORDERED** that, with the consent of defendant Jonathan David Grace, the time from May 3, 2023, until August 23, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to receive and review discovery from the government. It is further

**ORDERED** that, with the consent of defendant William Patrick Sarsfield, III, the time from May 3, 2023, until August 23, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to receive and review discovery from the government. It is further

**ORDERED** that, with the consent of defendant Jessica Reyher, the time from May 3,

2023, until August 23, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to receive and review discovery from the government. It is further

**ORDERED** that, with the consent of defendant Arthur Reyher, the time from May 3, 2023, until August 23, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to receive and review discovery from the government.

**SO ORDERED** this 3rd day of May, 2023.

_____
REGGIE B. WALTON
United States District Judge