UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 23-138 (RBW) |
| ) | |
| RICHARD COOK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having further reviewed the requirements of Federal Rule of Criminal Procedure 43, and determined that a defendant's presence is not mandated at status hearings in criminal cases, it is hereby

**ORDERED** that the status hearing scheduled for August 23, 2023, at 2:00 p.m., is **CONVERTED** to a virtual hearing. The parties shall appear before the Court via videoconference.

**SO ORDERED** this 5th day of May, 2023.

REGGIE B. WALTON
United States District Judge