UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                         23-cr-138 (RBW)

WILLIAM SARSFIELD

CONSENT MOTION TO CONVERT IN PERSON HEARING SCHEDULED FOR AUGUST 23, 2023 TO A REMOTE HEARING

Counsel for the defendant, having consulted with the defendant and the Government, moves this Honorable Court to Vacate the In Person Status Hearing now set for the 23rd day of August 2023. By the written consent of the defendant, he formally waives his right to appear in person and requests the Court convert the In Person Status Hearing to a Remote Hearing.

The requirement of Federal Rule of Criminal Procedure 43 (b) (3) does not mandate a defendant's presence at a Status Hearing. Moreover, Mr. Sarsfield, the defendant, and is located in the state of Texas. His wife is critically ill and he is her sole caregiver. Travel to Washington, D.C. for a Status Hearing would be hardship.

1

The defendant, by this Motion, gives his formal written Consent to Waive his in Person Presence and requests the Status Hearing for him be conducted by Remote Hearing.

**WHEREFORE** the defendant Moves this Honorable Court to Convert the Status Hearing now set for August 23rd, 2023 to a Remote Hearing.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, DC Bar 273276
Appointed by the Court for
William Sarsfield
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com

2