**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 23-138-3 (RBW) |
| WILLIAM PATRICK SARSFIELD, III, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant William Sarsfield's Consent Motion to Convert In Person Hearing Scheduled for August 23, 2023 to a Remote Hearing, ECF No. 50, it is hereby

**ORDERED** that defendant William Sarsfield's Consent Motion to Convert In Person Hearing Scheduled for August 23, 2023 to a Remote Hearing, ECF No. 50, is **DENIED AS MOOT** in light of the Court's May 5, 2023 Order converting the August 23, 2023 status hearing to a virtual hearing, see Order at 1 (May 5, 2023), ECF No. 47.

**SO ORDERED** this 31st day of July, 2023.

_____
REGGIE B. WALTON
United States District Judge