UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 23-cr-138 |
| | : | |
| **RICHARD COOK, et al.,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America (the "government"), with counsel for the defendants, Richard Cook, Arthur Reyher, Jessica Reyher, William Sarsfield, and Jonathan Grace, hereby move this Court to continue the virtual status conference currently set for Wednesday, August 23, 2023.

In support of this joint motion, the undersigned states as follows:

1. The parties last convened for a virtual arraignment and status hearing on May 3, 2023. Since that date, the government and defense have been diligent in providing and reviewing discovery and actively engaging in plea negotiations.

2. The government has made plea offers to all five defendants, which were originally set to expire on August 22, 2023.

3. Some of the defendants requested additional time to review and consider the plea offers.

4. As such, the government extended all of the plea offer deadlines until September 10, 2023.

5. In order to permit the defendants adequate time to consider the plea offers, the parties respectfully request that the Court continue the August 23, 2023 status conference to a date later than September 10, 2023 when the offers expire. At the next status

conference, the parties will be in a position to schedule change of plea hearings or to set a trial date.

The parties therefore respectfully request that the Court continue the August 23, 2023 status conference. The parties have conferred and are available for a status conference on September 19, 2023. The parties can provide additional availability upon request.

Both the government and defense move this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until the next scheduled status conference, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice. Specifically, the parties require additional time to engage in plea negotiations.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov