# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 23-138 (RBW) |
| RICHARD COOK, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, ECF No. 57, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, ECF No. 57, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for August 23, 2023, is **CONTINUED** to September 18, 2023, at 10:00 a.m.[1] The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of defendant Richard Cook, the time from August 23, 2023, until September 18, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to consider the government's plea offer. It is further

**ORDERED** that, with the consent of defendant Jonathan David Grace, the time from August 23, 2023, until September 18, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to consider the government's plea offer. It is further

---

[1] The Court is unavailable to conduct the status hearing on September 19, 2023, the date proposed by the parties in their motion, due to an earlier scheduled obligation. If the parties are unavailable on September 18, 2023, at 10:00 a.m., they shall notify the Court's courtroom deputy clerk as soon as possible.

**ORDERED** that, with the consent of defendant William Patrick Sarsfield, III, the time from August 23, 2023, until September 18, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to consider the government's plea offer.  It is further

**ORDERED** that, with the consent of defendant Jessica Reyher, the time from August 23, 2023, until September 18, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to consider the government's plea offer.  It is further

**ORDERED** that, with the consent of defendant Arthur Reyher, the time from August 23, 2023, until September 18, 2023, is excluded under the Speedy Trial Act, to allow the defendant additional time to consider the government's plea offer.

**SO ORDERED** this 23rd day of August, 2023.

_____
REGGIE B. WALTON
United States District Judge