UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 23-138 (RBW) |
| RICHARD COOK and WILLIAM PATRICK SARSFIELD III, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on October 18, 2023, via videoconference, it is hereby

**ORDERED** that, on November 20, 2023, at 3:00 p.m., defendant William Patrick Sarsfield III shall appear before the Court for a guilty plea hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, with the consent of defendant William Patrick Sarsfield III, the time from October 18, 2023, until November 20, 2023, is excluded under the Speedy Trial Act, to allow the parties additional time to engage in plea negotiations and work toward a potential pre-trial resolution of this case. It is further

**ORDERED** that, with the consent of defendant Richard Cook, the time from October 18, 2023, until April 29, 2024, is excluded under the Speedy Trial Act, to allow the parties additional time to adequately prepare for pretrial proceedings and for the trial itself.

**SO ORDERED** this 20th day of October, 2023.

                                                REGGIE B. WALTON
                                                United States District Judge