UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                      23-cr-138 (RBW)

WILLIAM SARSFIELD

JOINT MOTION TO VACATE STATUS/ PLEA HEARING SCHEDULED FOR NOVEMBER 20, 2023 TO A LATER DATE

Counsel for the defendant and for the Government, having consulted with the defendant, move this Honorable Court to Vacate the Status /Plea Hearing now set for the 20th day of November 2023. The hearing was contingent upon completion of a "proffer of evidence" meeting of all Parties. Due to technical issues, the meeting could not be completed and now needs to be rescheduled.

In light of the Trial Calendar of the parties and the coming Holidays, counsel request the Remote Plea Hearing be rescheduled to a future date: December 18th, 19th or 20th, 2023 or during the week of January 8th, 2024.

1

The defendant, by this Motion, renews his formal written Consent to Waive his in Person Presence and requests the Status/Plea Hearing for him be conducted by Remote Hearing.

**WHEREFORE** the Parties respectfully Move this Honorable Court to Vacate and Reschedule the Status/Plea Hearing now set for November 20th, 2023 to a date in December 2023 or January 2024.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, DC Bar 273276
Appointed by the Court for
William Sarsfield
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com


_____/s/_____
Ashley Akers.  MO Bar 69601
Capitol Siege Section
Office of the United States Attorney
for the District of Columbia
202 353 0521
ashley.akers@usdoj.gov