**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 23-138-3 (RBW) |
| | ) |
| WILLIAM PATRICK SARSFIELD III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the parties' Joint Motion to Convert Plea Hearing to Status

Conference, ECF No. 97, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion to Convert Plea Hearing to Status Conference,

ECF No. 97, is **GRANTED**. It is further

**ORDERED** that the plea hearing currently scheduled for December 20, 2023, is

converted to a status hearing, at 10:00 a.m., on that same date, via videoconference.

**SO ORDERED** this 18th day of December, 2023.

REGGIE B. WALTON
United States District Judge