UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-138 (RBW) |
| | : | |
| WILLIAM PATRICK SARSFIELD III, | : | |
| | : | |
| Defendant. | : | |

## DEFENSE MOTION TO APPOINT NEW COUNSEL

Defendant, William Sarsfield III, now respectfully requests the Court appoint new counsel to represent him for Trial.

Co defendant Counsel Kira West does not oppose the defendant's request. Government counsel Ashley Akers opposes this Motion.

This Motion can be addressed tomorrow, April 30th, 2024, during the PreTrial Conference.

Respectfully submitted,

*H. Heather Shaner*   D.C. Bar 273276

Appointed by the Court for
William Sarsfield III
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 2658210