NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number    23-cr-138

**WILLIAM PATRICK SARSFIELD III**

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

*Marc Eisenstein*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Marc Eisenstein; DC Bar No. 1007208
(Attorney & Bar ID Number)

Coburn & Greenbaum PLLC
(Firm Name)

1710 Rhode Island Ave, NW 2nd Fl.
(Street Address)

Washington        DC        20036
(City)            (State)   (Zip)

(703) 963-7164
(Telephone Number)