THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:23-cr-00138-RBW |
| ) | |
| WILLIAM PATRICK SARSFIELD, III, ) | |
|   Defendant   ) | |
| _____/ | |

## DEFENDANT SARSFIELD'S MOTION TO CONTINUE TRIAL DATE AND TO SET CASE FOR STATUS CONFERENCE

The Defendant, **WILLIAM PATRICK SARSFIELD, III**, by and through his undersigned counsel, moves this Honorable Court to enter its order continuing the trial in the above captioned matter and to set the case for a timely status conference, and as good cause, therefore, states the following:

1. This matter is currently scheduled for jury trial on October 28, 2024**.**

2. Undersigned counsel was recently retained and has entered his appearance for Defendant SARSFIELD on today's date.

3. A criminal defendant is entitled, under the United States Constitution, to paid counsel of his choosing, that a violation of this Sixth Amendment right is "complete" without a showing of prejudice, and that such a violation of this right is not subject to harmless-error analysis. *United States v. Gonzalez-Lopez,* 548 U.S. 140 (2006).

4. This case is one of more than 1,500 (and growing) January 6

prosecutions that have inundated this District for more than the last three (3) years. Counsel is unaware of any harm to the government that would be occasioned by a brief continuance of trial.

5. In addition, a brief continuance of trial would obviate the need for court-appointed counsel thus it is in the public interest that public funds are no longer needed for the defendant's representation.

6. A short continuance would allow the attorney to properly prepare the case and in no way prejudices the government. Undersigned counsel assures the Court that once a future, mutually agreeable, trial date is set, absent the most extraordinary circumstances, counsel will be fully prepared for trial on that date.

7. Undersigned counsel recommends a trial date be set for a time within the next 60 to 90 days, a new scheduling order be entered allowing counsel to file appropriate pre-trial motions, and a Status Conference via videoconference (to which the Defendant consents) be promptly set to select a firm trial date.

8. This motion is being made in good faith and is not interposed for the purposes of unnecessary delay. The Defendant agrees to the exclusion of time under the Speedy Trial Act.

9. Prior to filing the instant motion, undersigned counsel conferred with counsel for the government who opposes a continuance and a change of counsel and will file a written response.

WHEREFORE, based upon the foregoing, the Defendant, WILLIAM SARSFIELD, requests that this Court grant the relief requested herein.

        Respectfully submitted,

        GEORGE T. PALLAS, P.A
        Counsel for William Patrick Sarsfield, III
        Bar No: FL0108
        2420 SW 22nd Street
        Miami, FL 33145
        305-856-8580
        305-860-4828 FAX
        george@pallaslaw.com

        By:/s/ *George T. Pallas*
        GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

        By:/s/ *George T. Pallas*
        GEORGE T. PALLAS, ESQ