**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM PATRICK SARSFIELD III, )<br>)<br>Defendant. )<br>) | Criminal Action No. 23-138-3 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on October 24, 2024, it is hereby

**ORDERED** that the Defendant Sarsfield's Motion to Continue Trial Date and to Set Case for Status Conference, ECF No. 255, is **DENIED**.[1]

**SO ORDERED** this 24th day of October, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] Although the request to continue the trial to a later date so that attorney George T. Pallas could assume the sole responsibility for representing the defendant, Mr. Pallas is permitted to assist in the defendant's legal representation during the trial of this case.