THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     v.                                                              )<br>)<br>**WILLIAM PATRICK SARSFIELD, III,** )<br>     **Defendant**                                       )<br>_____/ | Case No. 1:23-cr-00138-RBW |

## DEFENDANT SARSFIELD'S REQUESTED JURY INSTRUCTION #1

Our country was formed under the belief that all people are created equal, that we are endowed by our Creator with certain unalienable Rights, that among these are **Life, Liberty, and the pursuit of Happiness**.

To secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government.

It is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.

Declaration of Independence, 1776.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for William Patrick Sarsfield, III
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/ *George T. Pallas*

GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*  
GEORGE T. PALLAS, ESQ