CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

WILLIAM SARSFIELD III

Civil/Criminal No.: 23-cr-138-3 (RBW)

### NOTE FROM JURY

Q: What is the estimated size of the area just outside the tunnel entrance? (before the stairs down)

Sgt. Bosner referred to an area between the stairs and the tunnel entrance.

Date: 10/30/2024

CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Civil/Criminal No.: 23-cr-138-3 (RBW)
)
WILLIAM SARSFIELD III )
)

NOTE FROM JURY

DID NOT SEE EVIDENCE
← PRIOR to 601 :27 sec vid
"Blue dots indicating defendants phone" (phone activity) ~~[scribbled out]~~
* Were we supposed to see that?
   — NOT SHOWN

Date: 10/30/2024

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

WILLIAM SARSFIELD III

Civil/Criminal No.: 23-cr-138-3 (RBW)

## NOTE FROM JURY

Q: Evidence showing Safeway sales on Jan 6 by DC location did not have % for Capitol Hill store. Do we have that info? (This store is 14 blocks from Capitol, making it one of the closest in DC.)

Date: 10/30/2024

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: 23-cr-138-3 (RBW)
)
WILLIAM SARSFIELD III )
)

### NOTE FROM JURY

Q: Evidence showing Safeway sales on Jan 6 by DC location did not have % for Capitol Hill store. Do we have that info? (This store is 14 blocks from Capitol, making it one of the closest in DC.)

Date: 10/30/2024