CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 23-cr-138-3 (RBW)
)
WILLIAM SARSFIELD III )
)

### NOTE FROM JURY

When was the interview of the defendant with the FBI and when was the arrest.

What was the date of the interview? Did this occur before the arrest?

Date: 10/31/2024