UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WILLIAM PATRICK SARSFIELD III, ) <br> ) <br> Defendant. ) | Criminal Action No. 23-138-3 (RBW) |

## VERDICT

**Count One:** As to the offense of Civil Disorder, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____   _____✓_____
Not Guilty          Guilty

**Count Three:** As to the offense of Entering and Remaining in a Restricted Building or Grounds, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____   _____✓_____
Not Guilty          Guilty

**Count Four:** As to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____   _____✓_____
Not Guilty          Guilty

**Count Five:** As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____        _____✓_____
Not Guilty                                   Guilty

**Count Six:** As to the offense of Impeding Passage Through the Capitol Grounds or Buildings, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____        _____✓_____
Not Guilty                                   Guilty

**Count Seven:** As to the offense of Engaging in an Act of Physical Violence in the Capitol Grounds or Buildings, we the jury unanimously find the Defendant, William Patrick Sarsfield III:

_____        _____✓_____
Not Guilty                                   Guilty

**Please sign and date this verdict form on the lines provided below.**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict slip on the lines provided below.