UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-138-3 (RBW) |
| ) | |
| WILLIAM PATRICK SARSFIELD III, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 291, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 291, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 22nd day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The government is dismissing this case based on the issuance of the President's Pardon, that was issued despite the government's earlier allegations that the defendant committed the following acts: (1) Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); (2) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); (3) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); (4) Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); (5) Impeding Passage Through the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(E); and (6) Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F). The government is also dismissing this case based on the issuance of the President's Pardon, despite the fact that, on November 1, 2024, a jury found the defendant guilty of all violations alleged by the government. See Verdict, ECF No. 280.